UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL LAMAR BERRY,<br><br>                Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>                Respondent. | CASE NO. 2:18-cv-00709-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

      Petitioner is a prisoner detained at Washington State Penitentiary at Walla Walla. Dkt. 1. The Court's records show petitioner has filed two *pro se* § 2254 habeas corpus petitions each challenging the same state conviction and sentence. Petitioner submitted the first petition on April 3, 2018, challenging the conviction and sentence imposed in King County Superior Court, case number 13-1-10866-2. The case was assigned to Judge Jones. *See* 18-CV-502 RAJ-JPD, Dkt. 1. Petitioner filed the second petition on May 15, 2015, again challenging the conviction and sentence imposed in King County Superior Court, case number 13-1-10866-2. The matter was assigned to the Honorable Ricardo S. Martinez. *See* 18-CV-709-RSM. Dkt. 1.

      There is no basis for the petitioner to proceed on two habeas petitions that challenge the same conviction and sentence. *Kato v. Fastz*, 8 F.3d 27 (9the Cir. 1993) (unpublished) (In forma pauperis petitioner has no right to bring repetitive or duplicative habeas claims); *Cf Aziz v.*

Report and Recommendation 1

*Burrows*, 976 F.2d 1158 (9th Cir. 1992) (Court may dismiss a duplicative complaint raising issues directly related to issues in another pending action brought by the same party). Rather petitioner's habeas claims should proceed via the first petition he filed which is currently pending before Judge Jones. Accordingly, the Court recommends this matter, the second habeas petition, be terminated and closed on the ground it is duplicative of the habeas petition petitioner earlier filed in 18-CV-502 RAJ-JPD.

This Report and Recommendation is not an appealable order. Therefore petitioner should not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned district judge enters a judgment in the case. Objections to this report and recommendation must filed by **July 5, 2018**. The Clerk shall note the matter for **July 6, 2018**, as ready for the District Judge's consideration. Objections shall not exceed 5 pages. The failure to timely object may affect the right to appeal.

DATED this 20th day of June, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Report and Recommendation 2